RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
KATE BERRY
Assistant Federal Public Defender
Nevada State Bar No. 14346
201 W. Liberty Street, Ste. 102
Reno, Nevada 89501
(775) 321-8451/Phone
(775) 784-5369/Fax
Kate_Berry@fd.org

Attorney for ANDRES HERRERA-SEFERINO

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ANDRES HERRERA-SEFERINO,<br><br>　　　　Defendant. | Case No. 3:19-cr-00050-MMD-WGC<br><br>**STIPULATION TO CONDUCT SENTENCING HEARING VIA VIDEO CONFERENCE** |

IT IS HEREBY STIPULATED AND AGREED by and through RENE L. VALLADARES, Federal Public Defender and KATE BERRY, Assistant Federal Public Defender, counsel for ANDRES HERRERA-SEFERINO and NICHOLAS A. TRUTANICH, United States Attorney, and ANDOLYN R. JOHNSON, Assistant United States Attorney, counsel for the UNITED STATES OF AMERICA, that the Sentencing hearing set for March 30, 2020, at 11:00 AM, be conducted via Zoom video conferencing.

In support of this stipulation, defendant states as follows:

1 | 1. This is a joint request by counsel for the Government and counsel for the
2 | Defendant, Mr. Herrera-Seferino.
3 | 2. This request is made in order to protect the safety of Mr. Herrera-Seferino, as
4 | well as the parties, the Court, and all staff, in light of the COVID-19 pandemic.
5 |
6 | 3. Mr. Herrera-Seferino will need a Spanish speaking interpreter for the hearing.
7 | DATED this March 25, 2020.

 RENE L. VALLADARES                              NICHOLAS A. TRUTANICH
 Federal Public Defender                          United States Attorney

 By */s/ Kate Berry*                              By */s Andolyn R. Johnson*
    KATE BERRY                                        ANDOLYN R. JOHNSON
    Assistant Federal Public Defender                 Assistant United States Attorney
    Counsel for                                       Counsel for the Government
    ANDRES HERRERA-SEFERINO

## **ORDER**

Based on the Stipulation of counsel, and good cause appearing,

**IT IS THEREFORE ORDERED** that the Sentencing Hearing currently set for March 30, 2020, at 11:00 AM, be conducted via Zoom video conferencing.

DATED this __25th__ day of March, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE