**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANDRES HERRERA-SEFERINO,<br><br>Defendant. | Case No. 3:19-CR-50-MMD-WGC<br><br>**WAIVER OF RIGHT TO APPEAR IN PERSON AT CRIMINAL PROCEEDING** |

I understand that I have a right to appear in person in court at the Sentencing proceeding in this case scheduled for April 3, 2020. I have been advised of the nature of this proceeding and my right to appear in person at this proceeding. I have been informed that I may appear by video conferencing in light of the spread of COVID-19 in the District of Nevada in order to protect my health and safety, as well as those of the attorneys, the court and court staff.

Understanding my right to appear in person at this proceeding, I knowingly and voluntarily waive my right to appear at this proceeding in person, and I consent to appear by videoconference.

/s/ Andres Herrera-Seferino     4/2/2020
Defendant's Signature                (date)


/s/ Kate Berry     4/2/2020
Signature of Defendant's Attorney     (date)

Kate Berry
Printed Name of Defendant's Attorney

_____     4/3/2020
Judge's Signature                (date)

Miranda M. Du., Chief U.S. District Judge
Judge's Printed Name and Title